# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHERYL ANN OFFUTT**                                                      **PLAINTIFF**

V.                    **CASE NO. 4:14CV258-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Plaintiff Cheryl Ann Offutt's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 27th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE